IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRUCE RANKIN, On Behalf of Himself And Those Similarly Situated** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **TRANS UNION LLC** | : | **NO. 21-296** |

## ORDER

**NOW**, this 2nd day of July, 2021, the issues between the parties having been resolved, it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, without costs, pursuant to the agreement of counsel and Local Rule 41.1(b).

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.